(Pleito No. 19.—Fallado el 26 de Enero de 1900.)

## Arroyo contra Báez.

Recurso contra sentencia dictada por el Tribunal de Distrito de Mayagüez.

### AUTO.

Por desistido el recurso de acuerdo con lo preceptuado en los artículos 408 y 409 de la Ley de Enjuiciamiento Civil.